# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 19, 2005

128478

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SUSAN J. HALE,
      Plaintiff-Appellee,

v

BORGESS MEDICAL CENTER,
      Defendant-Appellant.

SC: 128478
COA: 258386
WCAC: 03-000273

_____/

      On order of the Court, the application for leave to appeal the March 28, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 19, 2005

_____
Clerk

t1012